# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 18, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146478(89)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RAYMOND CURTIS CARP,
     Defendant-Appellant.

_____/

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CORTEZ ROLAND DAVIS,
     Defendant-Appellant.

_____/

SC: 146819
COA: 314080
Wayne CC: 94-002089-01-FC

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAKOTAH WOLFGANG ELIASON,
     Defendant-Appellant.

_____/

SC: 147428
COA: 302353
Berrien CC: 2010-015309-FC

On order of the Chief Justice, the motion of the Students of Father Gabriel Richard High School, Ann Arbor, Michigan, for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on February 14, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 18, 2014



Clerk